Label Matrix for local noticing
0101-1
Case 24-11004
District of Massachusetts
Boston
Fri Jun 28 16:11:28 EDT 2024

29 Gorham Street LLC
20 Walnut St.
Suite 201
Wellesley, MA 02481-2157

John Allen
McCarter & English
265 Franklin Street
Boston, MA 02110-3113

BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
National Grid
300 Erie Blvd.  16354-0517

Richard C. Demerle
Demerle & Associates PC
10 City Square
Boston, MA 02129-3740

Erik Levy
200 Terminal Street
Charlestown, MA 02129-1838

Joseph Foster
McLane Middleton, Prof. Association
900 Elm Street
PO Box 326
Manchester, NH 03105-0326

John M. Allen, Esq.
McCarter & English
265 Franklin Street
Boston, MA 02110-3113

John S. Colucci, Esq.
McLane Middleton, P.A.
300 Trade Center Drive #7000
Woburn, MA 01801-7419

Justin Kesselman
Department of Justice
5 Post Office Square
Ste 1000
Boston, MA 02109-3901

Richard King - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Christopher A. Shannon
Law Office of Christopher A Shannon
20 Walnut Street
Suite 201
Wellesley, MA 02481-2157

Shaun and Lauryn McDonough
61 Wolf Rock Road
Carlisle, MA 01741-1129

Superior Loan Servicing
P.O. Box  1551
New York, NY  10008-1551

Tatyana P. Tabachnik
Demerle & Associates PC
10 City Square
Boston, MA 02129-3740

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Athene Annuity and Life Company, by and th

(u)EF Mortgage LLC as serviced by BSI Financi

(d)Erik Levy
200 Terminal Street
Charlestown, MA 02129-1838

End of Label Matrix
Mailable recipients    14
Bypassed recipients     3
Total                  17